**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATION CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS MICHAEL GINTER,<br><br>Defendant. | No. CV 10-6170 PA (OPx)<br><br>JUDGMENT and PERMANENT INJUNCTION |

Pursuant to the Court's December 13, 2010 Order granting the Motion for Default Judgment filed by plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts (collectively "Plaintiffs") it is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.  Plaintiffs shall have judgment in their favor against defendant Chris Michael Ginter ("Defendant").

2.  Defendant is ordered to deliver to Plaintiffs a complete, truthful, and accurate Employers Monthly Report covering all employees of Defendant who were employed during

1    the previous month under the terms of the Southern California Drywall/Lathing Master
2    Agreement ("DLMA") on or before the 25th day of every month for so long as Defendant is
3    bound by the DLMA.
4        3.    Plaintiffs shall recover their attorneys' fees of $540.00.
5    The Clerk is ordered to enter this Judgment.

7    IT IS SO ORDERED.

9    DATED: December 14 , 2010

                                                        _____
                                                            Percy Anderson
                                                UNITED STATES DISTRICT JUDGE